■ In the Matter of ELI LEWIS et al., as Appellants, v CHARLES J. HYNES, Deputy Attorney-General of the State of New York, Respondent.— Appeal by petitioners, as limited by their brief, from so much of an order of the Supreme Court, Queens County, dated July 23, 1975, as, upon reargument, adhered to a prior determination of the same court, dated May 15, 1975, which, *inter alia*, denied their motion to quash a subpoena. Order affirmed insofar as appealed from, with $50 costs and disbursements *(Matter of Kent Nursing Home v Office of Special State Prosecutor for Health & Social Servs.*, 49 AD2d 616, affd 37 NY2d 802. Rabin, Acting P. J., Latham, Margett, Christ and Shapiro, JJ., concur. [82 Misc 2d 256.]

■ In the Matter of the Estate of ALEXANDER MAGLIN, Deceased. FRANCES MAGLIN, Appellant; LOUIS J. LEFKOWITZ, AS ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.—In a proceeding to settle the account of the petitioner executrix, she appeals from a decree of the Surrogate's Court, Nassau County, dated August 12, 1975, which, *inter alia*, denied her application to deem the residuary legacy abated. Decree affirmed, with costs to all parties appearing separately and filing separate briefs, payable out of the estate, on the opinion of Surrogate Bennett. Rabin, Acting P. J., Martuscello, Latham and Margett, JJ., concur.